# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 948 |
| | : | |
| ORDER AMENDING RULE 14.8 OF THE | : | SUPREME COURT RULES DOCKET |
| PENNSYLVANIA RULES OF ORPHANS' | : | |
| COURT PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 12th day of June, 2023, upon the recommendation of the Orphans' Court Procedural Rules Committee; the proposal having been published for public comment at 52 Pa.B. 5119 (August 20, 2022):

It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 14.8 of the Pennsylvania Rules of Orphans' Court Procedure is amended in the attached form.

This Order shall be processed in accordance with Pa.R.J.A. 103(b) and shall be effective on April 1, 2024.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.